# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSE GALLEGOS, | ) | 3:18-cv-00505-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | January 16, 2020 |
| CHUCK ALLEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER    REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion for Stay of 90 Days" (ECF No. 46). Plaintiff requests a 90 day stay until he "can get access that is proper for me with law library access because I am in ad seg. I don't have any way to get my legal case laws in time to file my motions on time." (*Id.*)

The court will construe Plaintiff's motion (ECF No. 46) as an extension of time in which to file his response to Defendant's Motion to Dismiss (ECF No. 41) which is currently due January 20, 2020. The court believes an extension of ninety (90) days is excessive. Therefore,

**IT IS HEREBY ORDERED** that Plaintiff's motion (ECF No. 46) is **GRANTED** to the extent that Plaintiff shall have to and including **Friday, March 6, 2020**, in which to file a response to Defendant's Motion to Dismiss (ECF No. 41).

DEBRA K. KEMPI, CLERK

By:  /s/
Deputy Clerk