# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSE GALLEGOS, | ) | 3:18-cv-00505-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | August 5, 2020 |
| CHUCK ALLEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KAREN WALKER</u>   REPORTER:   <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion Requesting 90 Day Extention (sic) of Time to Opposition to Summary Judgment Document" (ECF No. 76).  Plaintiff states that "due to plaintiff being incarcerated pro-se litigant in the instant case along with the '<u>pandamic</u>' (sic) plaintiff has not had a chance to complete discovery nor has this court responded to plaintiff's outstanding motions requesting more time to complete discovery."  (*Id.*)

Pursuant to the court's Scheduling Order (ECF No. 25), the deadline to complete discovery was February 25, 2020.  Although Plaintiff claims the court has not responded to Plaintiff's outstanding motions (plural) requesting more time to compete discovery, Plaintiff is mistaken.  No motions for extension of time to complete discovery were received by the court, and certainly no such motions are "outstanding."  Plaintiff's request for an extension of time to complete discovery is denied.

Defendant Allen filed a Motion for Summary Judgment on June 18, 2020.  On July 21, 2020,  after Plaintiff had failed to file any response to Defendant's Motion for Summary Judgment, the court sua sponte granted Plaintiff an additional 30 days to file a response. (ECF No. 75.)

*///*

MINUTES OF THE COURT
3:18-cv-505-MMD-WGC
August 5, 2020
Page 2


      Plaintiff's "Motion Requesting 90 Day Extention (sic) of Time to Opposition to Summary Judgment Document" (ECF No. 76) is **<u>GRANTED</u>** to the extent that Plaintiff shall have to and including **November 3, 2020**, in which to respond to Defendant's Motion for Summary Judgment (ECF No. 72).  **There shall no further extensions granted barring unforeseen and extenuating circumstances.**

      **IT IS SO ORDERED.**


              DEBRA K. KEMPI, CLERK

              By: _____/s/_____
                    Deputy Clerk